**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Tobias Price,<br><br>                    Plaintiff,<br><br>     v.<br><br>Cameron Michael Sims,<br><br>                    Defendant. | Case No. 2:21-cv-01438-JAD-DJA<br><br>**Order** |

      Before the Court is Defendant Cameron Michael Sims' proposed discovery plan. (ECF No. 26). While Defendant's counsel has attempted to reach out to Plaintiff Tobias Price to agree to the scheduling order, attempts at contacting Plaintiff have been unsuccessful. (*Id.* at 1). Plaintiff has also recently been released from prison but has yet to update his address. His most recent motion includes an address in New York. (ECF No. 24-2 at 2). But this address is illegible.

      The Local Rules require a stipulated discovery plan and scheduling order. *See* LR 26-1(a). The Local Rules also empower the Court to order the parties to meet and confer to discuss a discovery plan and scheduling order. *See* LR 16-1(d). Finally, under Local Rule IA 3-1, parties must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." The Court will thus deny Defendant's proposed discovery plan without prejudice and require the parties to meet and confer to stipulate to a discovery plan. The Court will also require Plaintiff to update his address with the Court.

      **IT IS THEREFORE ORDERED** that Defendant's proposed discovery plan (ECF No. 26) is **denied without prejudice**. The parties must meet and confer and stipulate to a discovery plan. The parties must file a stipulated discovery plan on or before **December 7, 2022.**

1  **IT IS FURTHER ORDERED** that Plaintiff must update his address before **December 7,**
2  **2022.** Failure to do so may result in dismissal of this action under Local Rule IA 3-1. The Clerk
3  of Court is kindly directed to mail a copy of this order to Plaintiff's last known address.

5  DATED: November 7, 2022

   _____
   DANIEL J. ALBREGTS
   UNITED STATES MAGISTRATE JUDGE