**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Tobias Price,<br><br>                    Plaintiff,<br><br>    v.<br><br>Cameron Michael Sims,<br><br>                    Defendant. | Case No. 2:21-cv-01438-JAD-DJA<br><br>**Order** |

      Before the Court is Defendant Cameron Michael Sims' renewed proposed discovery plan. (ECF No. 31). Defendant had previously filed a one-sided discovery plan, explaining that attempts at contacting Plaintiff had been unsuccessful. (ECF No. 27). The Court noted that Plaintiff's address also appeared to have changed, but Plaintiff had not updated his address with the Court. (*Id.*). The Court denied Defendant's proposed discovery plan without prejudice, required Plaintiff to update his address by December 7, 2022, and required the parties to meet and confer and submit a stipulated discovery plan by December 7, 2022. (*Id.*). In that order, the Court explained that Plaintiff's failure to update his address could result in dismissal under Local Rule IA 3-1. (*Id.*).

      Defendant's renewed discovery plan explains that attempts to meet and confer with Plaintiff have been unsuccessful. (ECF No. 31). Plaintiff's last known phone number appears to have been disconnected. (*Id.* at 1). And a letter requesting a meet and confer that Defendant sent to Plaintiff—at an address which appears to be Plaintiff's new address that he has not yet updated with the Court—went unanswered. (*Id.* at 1-2). To date, Plaintiff has not updated his address with the Court.

      **IT IS THEREFORE ORDERED** that Defendant's proposed discovery plan (ECF No. 31) is **denied without prejudice**. The parties must file a stipulated discovery plan and

scheduling order—or, in the event Defendant cannot contact Plaintiff, a status report explaining what efforts Defendant took to contact Plaintiff—on or before **January 9, 2023**.

**IT IS FURTHER ORDERED** that Plaintiff must update his address before **January 9, 2023.** Failure to do so may result in a recommendation of dismissal of this action under Local Rule IA 3-1. The Clerk of Court is kindly directed to mail a copy of this order to Plaintiff's last known address and the address below:

Tobias Price
34 Manko Lane Apt. #5
Cheektowaga, New York 14227

DATED: December 9, 2022

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE